■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS COREAS, Appellant. [827 NYS2d 671]—Appeal by the defendant from a judgment of the County Court, Nassau County (LaPera, J.), rendered October 14, 2005, convicting him of criminal possession of a controlled substance in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Miller, J.P., Spolzino, Krausman, Fisher and Dillon, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH DIGGS, Appellant. [827 NYS2d 670]—Appeal by the defendant from a judgment of the County Court, Rockland County (Resnik, J.), rendered September 6, 2005, convicting him of criminal possession of a forged instrument in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's valid and unrestricted waiver of the right to appeal as part of his plea agreement precludes appellate review of his claim that the sentence imposed was excessive (*see People v Allen*, 82 NY2d 761 [1993]; *People v Sider*, 232 AD2d 666 [1996]; *see also People v Ramos*, 7 NY3d 737 [2006]; *People v Seaberg*, 74 NY2d 1 [1989]). Miller, J.P., Spolzino, Krausman, Fisher and Dillon, JJ., concur.